Case 2:22-cv-00340-JZB   Document 1   Filed 03/04/22   Page 1 of 4

John J. Belanger, Esq., State Bar No. 021671
jbelanger@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
8950 South 52nd Street, Suite 201
Tempe, AZ 85284
Telephone: (602) 274-1204
Facsimile: (602) 274-1205

Attorneys for Defendant,
Costco Wholesale Corporation

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Norma Tarango, | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| Costco Wholesale Corporation, | |
| Defendant. | |

Defendant Costco Wholesale Corporation ("Costco"), hereby gives Notice that it is removing this action from Maricopa County Superior Court to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ U.S.C. 1332, 1441, and 1446 for the following reasons:

**A.    THIS COURT HAS DIVERSITY JURISDICTION PURSUANT TO 28 U.S.C. § 1332**

The Court determines diversity jurisdiction at the time of removal. *See St. Paul Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283, 292 (1938). A defendant seeking removal has the burden to establish this Court's jurisdiction. *See Geographic Expeditions, Inc. v. Estate of Lhotka*, 599 F.3d 1102, 1107 (9th Cir. 2010).

/ / /

/ / /

BREMER WHYTE BROWN &
O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ  85284
(602) 274-1204

1491.032  4878-2879-6178.2

### 1. There is Complete Diversity Among the Legitimate Parties.

(a) Plaintiff Norma Tarango is an individual residing in the State of Arizona. Plaintiff thus is a citizen of Arizona for purposes of 28 U.S.C. § 1332(a).

(b) Defendant Costco is a Washington corporation with its principal place of business in Issaquah, Washington. Costco, therefore, is a citizen of Washington for purposes of 28 U.S.C. § 1332(a).

(c) Defendant Falcon Farms Inc. ("FFI") with its principal place of business in Miami, Florida. FFI, therefore, is a citizen of Florida for purposes of 28 U.S.C. § 1332(a).

### 2. The Amount in Controversy Exceeds $75,000.00.

Plaintiff has certified that the damages sought would not require the state court to assign this case to compulsory arbitration. *See* Certificate of Compulsory Arbitration, CV2022-090441, Superior Court of Arizona, Maricopa County. Under the rule cited by Plaintiff, Plaintiff asserts that this matter is not subject to compulsory arbitration because Plaintiff seeks damages of $50,000.00 or more. Ariz. R. Civ. P. 72. Additionally, Plaintiff alleges that her damages qualify this matter for Tier 3, which involves actions with $300,000.00 or more in claimed damages. *See* Ariz. R. Civ. P. 26.2(c)(3)(C). Plaintiff's alleged damages thus establish that the amount in controversy exceeds the minimum requirement for diversity jurisdiction.

### 3. Costco Has Met Its Burden.

Based on the foregoing, complete diversity of citizenship exists and Costco has established by a preponderance of the evidence that the amount in controversy exceeds $75,000.00. 28 U.S.C. § 1446(b)(2); *see also Geographic Expeditions, Inc. v. Estate of Lhotka,* 599 F.3d 1102, 1107 (9th Cir. 2010). As such, Costco has met its burden to establish jurisdiction of this Court.

/ / / /

/ / /

/ / /

/ / /

BREMER WHYTE BROWN & O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ  85284
(602) 274-1204

2

1491.032  4878-2879-6178.2

**B.   THIS NOTICE OF REMOVAL IS TIMELY AND COMPLIES WITH THE STATUTORY REQUIREMENTS.**

A notice of removal must be filed within 30 days of the date on which the case first became removable. 28 U.S.C. § 1446(b)(3). Here, Plaintiff filed the Complaint in state court which named Costco on January 28, 2022. Plaintiff served the Complaint on Costco by personal service. Costco's statutory agent first received notice of the Complaint on February 2, 2022, this also was Costco's first notice of Plaintiff's alleged damages. Thus, this case first became removable on February 2, 2022. This Notice of Removal, therefore, has been timely filed. *See* 28 U.S.C. § 1446(b)(2)(B).

Pursuant to 28 U.S.C. § 1446(d) and LRCiv 3.7(a), Costco has filed a copy of this Notice of Removal with the Superior Court of Arizona, Maricopa County and served it on Plaintiff.

Pursuant to 28 U.S.C. § 1446(a), copies of the documents filed in the state court are attached as Exhibit A.

WHEREFORE, Costco gives notice that the action pending against it in the Superior Court of Arizona, Maricopa County, has been removed to the United States District Court for the District of Arizona, Phoenix Division.

Dated: March 4, 2022                    BREMER WHYTE BROWN & O'MEARA LLP

By: */s/ John Belanger*
    John J. Belanger, Esq.
    Attorneys for Defendant
    Costco Wholesale Corporation

BREMER WHYTE BROWN & O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ 85284
(602) 274-1204

3

1491.032  4878-2879-6178.2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants, as well as e-mailed a copy as follows:

Maricopa@wattelandyork.com
Michael L. York
Brian M. Torba
WATTEL & YORK
2175 North Alma School Road, #B107
Chandler, Arizona 85224
*Attorneys for Plaintiff*

By: */s/ DD Waldron*

BREMER WHYTE BROWN &
O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ 85284
(602) 274-1204

4

1491.032  4878-2879-6178.2