Exhibit A



# Service of Process Transmittal
02/02/2022
CT Log Number 540989780

| | |
|---|---|
| **TO:** | Laura Aznavoorian, Litigation Supervisor<br>Gallagher Bassett Services, Inc.<br>1901 S. Meyers Rd, Suite 200C<br>Oakbrook Terrace, IL 60181 |
| **RE:** | **Process Served in Arizona** |
| **FOR:** | Costco Wholesale Corporation  (Domestic State: WA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: NORMA TARANGO // To: Costco Wholesale Corporation |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # CV2022090441 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/02/2022 at 11:34 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/02/2022, Expected Purge Date: 02/17/2022<br><br>Image SOP<br><br>Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com<br><br>Email Notification,  Zois Johnston  zjohnston@costco.com<br><br>Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>3800 N. Central Avenue<br>Suite 460<br>Phoenix, AZ 85012<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / SD



# Service of Process Transmittal
02/02/2022
CT Log Number 540989780

**TO:** Laura Aznavoorian, Litigation Supervisor
Gallagher Bassett Services, Inc.
1901 S. Meyers Rd, Suite 200C
Oakbrook Terrace, IL 60181

**RE:** **Process Served in Arizona**

**FOR:** Costco Wholesale Corporation  (Domestic State: WA)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / SD



## PROCESS SERVER DELIVERY DETAILS

**Date:**  Wed, Feb 2, 2022

**Server Name:**  Drop Service

| Entity Served | COSTCO WHOLESALE CORPORATION |
|---|---|
| Case Number | CV2022090441 |
| Jurisdiction | AZ |



Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
1/28/2022 3:53:51 PM
Filing ID 13876753

Person/Attorney Filing: Michael L York
Mailing Address: 2175 N Alma School Road Suite B107
City, State, Zip Code: Chandler, AZ 85224
Phone Number: (480)222-2020
E-Mail Address: m.york@wattelandyork.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015362, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Norma Tarango
Plaintiff(s),
v.
Falcon Farms, Inc., et al.
Defendant(s).

Case No. CV2022-090441

**SUMMONS**

To: Costco Wholesale Corporation

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *January 28, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *ARASELI MARQUEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

2

Case 2:22-cv-00340-JZB   Document 1-3   Filed 03/04/22   Page 7 of 13

*** Electronically Filed ***
Clerk of the Superior Court
A. Marquez, Deputy
1/28/2022 3:53:51 PM
Filing ID 13876749

Michael L. York, #015362
Brian M. Torba, #028295
**WATTEL & YORK**
2175 North Alma School Road, #B107
Chandler, Arizona  85224
(480) 222-2020
Firm e-mail: ME-Maricopa@wattelandyork.com
*Attorneys for Plaintiff*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| NORMA TARANGO,<br><br>Plaintiff,<br><br>vs.<br><br>FALCON FARMS INC.; COSTCO WHOLESALE CORPORATION; DOES I-XX and BLACK & WHITE CORPORATIONS I-V,<br><br>Defendants. | No.  CV2022-090441<br><br>**C O M P L A I N T**<br><br>(Tier 3) |

Plaintiff alleges as follows:

**I.**

The events giving rise to the cause of action set forth herein occurred within the County of Maricopa, State of Arizona. This Court has jurisdiction over the subject matter and the parties to this litigation.

**II.**

That Defendants FALCON FARMS INC. and COSTCO WHOLESALE CORPORATION upon information and belief, were at all times relevant hereto corporations doing business in the State of Arizona, County of Maricopa.

### III.

The "Doe" defendants I-XX are each fictitious names to designate unknown parties who may have in some manner contributed to Plaintiff's injuries and damages and are liable therefore. The true names for said Defendants are unknown to the Plaintiff at this time and leave of Court is sought to amend this Complaint to include their true names after they are discovered.

### IV.

The "BLACK & WHITE CORPORATIONS" defendants I-V are each fictitious names to designate unknown companies and/or corporations and/or partnerships who may have in some manner contributed to Plaintiff's injuries and damages and are liable therefore. The true names for said Defendants are unknown to the Plaintiff at this time and leave of Court is sought to amend this Complaint to include their true names after they are discovered.

### V.

That on or about December 21, 2020, Plaintiff NORMA TARANGO was a business invitee lawfully on the Defendant COSTCO's premises located in the City of Chandler, Arizona.

### VI.

That Defendants and/or Defendants' employees or agents negligently created, permitted or maintained a hazardous condition to then exist on said premises, which condition caused personal injuries and damages to Plaintiff. Specifically, while Plaintiff, NORMA TARANGO was at the business of Defendants, she fell as a result of water on the floor, resulting in serious injuries.

///
///
///

### VII.

That as a result of Defendants' employees' or agents' conduct as stated above, Plaintiff NORMA TARANGO sustained permanent personal injuries, which have caused pain, suffering and inconvenience which will continue; and has incurred expenses for medical care which will continue. Plaintiff asks leave to amend as necessary to conform to the proof regarding the exact amount of said past and future losses.

### VIII.

Plaintiff asserts that this claim falls within Tier 3 pursuant to A.R.C.P. 26.2.

### IX.

Damages herein exceed the minimum jurisdictional limits of the Court.

**WHEREFORE**, Plaintiff NORMA TARANGO prays for judgment against the Defendants', as follows:

1. For such sums as and for general damages as may be fair and just.
2. For those special damages incurred to date, plus those future special damages proved at the time of trial.
3. For costs of suit herein; and,
4. For such other and further relief as the Court deems just and proper.

DATED this  28th  day of January, 2022.

**WATTEL & YORK**

/s/ Michael L. York
Michael L. York
Brian M. Torba
*Attorneys for Plaintiff*

3

Original *Complaint* was e-filed this __28th__ day of January, 2022 with:

AZ Turbo Court


By /s/ Shirley Johnson
    *Shirley Johnson*

4

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
1/28/2022 3:53:51 PM
Filing ID 13876751

Person/Attorney Filing: Michael L York
Mailing Address: 2175 N Alma School Road Suite B107
City, State, Zip Code: Chandler, AZ 85224
Phone Number: (480)222-2020
E-Mail Address: m.york@wattelandyork.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015362, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Norma Tarango
Plaintiff(s),

v.

Falcon Farms, Inc., et al.
Defendant(s).

Case No. CV2022-090441

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Michael L York /s/
Plaintiff/Attorney for Plaintiff



Select Language
Powered by Google Translate

# Civil Court Case Information - Case History

## Case Information
Case Number:  CV2022-090441          Judge:     Coffey, Rodrick
File Date:    1/28/2022              Location:  Southeast
Case Type:    Civil

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Norma Tarango | Plaintiff | Female | Michael York |
| Falcon Farms Inc | Defendant | | DOUGLAS FITCH |
| Costco Wholesale Corporation | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 2/23/2022 | ANS - Answer | 2/24/2022 | |

**NOTE:** Answer / EFILE BILLING $245.00

| | | | |
|---|---|---|---|
| 2/3/2022 | AFS - Affidavit Of Service | 2/8/2022 | |

**NOTE:** FALCON FARMS INC

| | | | |
|---|---|---|---|
| 2/2/2022 | AFS - Affidavit Of Service | 2/8/2022 | |

**NOTE:** COSTCO WHOLESALE CORP

| | | | |
|---|---|---|---|
| 1/28/2022 | COM - Complaint | 1/30/2022 | |

**NOTE:** Complaint

| | | | |
|---|---|---|---|
| 1/28/2022 | CSH - Coversheet | 1/30/2022 | |

**NOTE:** Civil Cover Sheet

| | | | |
|---|---|---|---|
| 1/28/2022 | CCN - Cert Arbitration - Not Subject | 1/30/2022 | |

**NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To

| | | | |
|---|---|---|---|
| 1/28/2022 | SUM - Summons | 1/30/2022 | |

**NOTE:** Summons

| | | | |
|---|---|---|---|
| 1/28/2022 | SUM - Summons | 1/30/2022 | |

**NOTE:** Summons

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**